Case 3:04-cr-00019-RLY-CMM   Document 131   Filed 03/17/16   Page 1 of 1 PageID #: 1089

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)        Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Victor Goodwin | )<br>)<br>) Case No: 3:04CR00019-001<br>) USM No: 07588-028<br>) |
| Date of Original Judgment: 07/07/2006<br>Date of Previous Amended Judgment: 03/02/2012<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Sara J. Varner<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 360 months **is reduced to** 324 months .

*(Complete Parts I and II of Page 2 when motion is granted)*

**A CERTIFIED TRUE COPY**
Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana
By [signature] Dina M. Doyle
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated 07/07/2006 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 3/17/2016

[signature]
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Honorable Richard L. Young, Chief U.S. District Court Judge
*Printed name and title*